USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 7, 2008

BY FAX
The Honorable Harold Baer
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
Fax: (212) 805-7901

AUG 07 2008

S.D.N.Y.

Re: **United States v. Deonicio Delgado and Richard Calhoun**
    08 Cr. 469 (HB)

Dear Judge Baer:

   The Government respectfully submits this letter, with the consent of counsel for both defendants, to request that (1) the conference currently scheduled for August 12, 2008, at 12:30 p.m. for oral argument on defense motions be canceled because no motions have been filed, and (2) time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from August 12, 2008, until September 22, 2008, when the trial in this case is scheduled to begin. Such a continuance would serve the ends of justice by, among other things, permitting the parties to continue plea discussions and, if necessary, to prepare and file *in limine* motions and to prepare for trial.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Brent S. Wible
Assistant United States Attorney
Tel.:   (212) 637-2307
Fax:    (212) 637-2387

cc: Sabrina Shroff (by Fax)
    (212) 571-0392
    Roy Kulcsar (by Fax)
    (201) 439-1478

[Handwritten note, partially legible:] Fax no motion to be filed 4/2 /06 9:30 AM. Be sure all required materials are in chambers on time — Time is Excluded

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
8/18/08

TOTAL P.03

Endorsement:

    Fine no motions to be filed trial 9/22/08 9:30 A.M. be sure all required materials are in Chambers on time. Time is excluded.