UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America                              :

               Against                                   :   **ORDER**
                                                                  08 CR 469 (HB)

RICHARD CALHOUN                                  :
------------------------------------------------------------X

**IT IS HEREBY ORDERED THAT:**

Upon the application of the defendant and with the consent of Assistant United States Attorney Brent S. Wible, on behalf of the Government, the terms and conditions of the Personal Recognizance Bond imposed by the Honorable Douglas F. Eaton, United States Magistrate Judge are amended to provide that the equity value of real property to be posted as collateral shall be at least $215,000.00.

All other terms and conditions are to remain the same.

Upon his release, the defendant is permitted to travel to California with the understanding that at such time as he arrives in California he will be placed on electronic monitoring as previously ordered. *[handwritten: will return w/n 10 days pending further order of this Court.  9/18/08  w/n the next 10 days]*

Dated: New York, New York
       August 28, 2008

                                          _____
                                          HONORABLE HAROLD BAER, JR.
                                          UNITED STATES DISTRICT JUDGE

Endorsement:

    Upon his release, the defendant is permitted to travel to California within the next 10 days with the understanding that at such time as he arrives in California he will be placed on electronic monitoring as previously ordered and will return within 10 days September 18, 2008 pending further Order of this Court.